**Derrick KIMBLE, Petitioner— Appellant,**

v.

**John L. LAMANNA, Warden, Respondent—Appellee.**

No. 05–7170.

United States Court of Appeals, Fourth Circuit.

Submitted April 28, 2006.

Decided May 23, 2006.

Derrick Kimble, Appellant Pro Se.

Before WILKINSON, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Derrick Kimble, a federal prisoner, filed a petition under 28 U.S.C. § 2241 (2000), attacking his convictions under 18 U.S.C. § 924(c)(1) (2000). Although the district court construed the § 2241 petition as a motion under 28 U.S.C. § 2255 (2000), Kimble clearly intended to file a § 2241 petition. He argues on appeal that § 2255 is inadequate and ineffective to test the legality of his detention, contending that his claim should be considered in the context of his § 2241 petition. Because Kimble does not meet the standard of *In re Jones,* 226 F.3d 328, 333–34 (4th Cir.2000), we affirm the denial of relief. We grant leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*